From: The District Court of the Thirteenth Judicial District. County of Yellowstone.

STATE OF MONTANA, Plaintiff, vs. CHARLES BOWERS, Defendant.

DECISION

No. 9839

The application of the above-named defendant for a review of the sentence of ten (10) years for Aggravated Assault and Theft imposed on March 24th, 1976, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

We wish to thank John Farmer, Montana Defender Project, for his assistance to the defendant and to this court.

DATED this 29th day of October, 1976.

SENTENCE REVIEW DIVISION

Jack D. Shanstrom, Chairman; Jack L. Green, Robert J. Boyd.

From: The District Court of the Thirteenth Judicial District. County of Yellowstone.

STATE OF MONTANA, Plaintiff, vs. DAVID A. CARLSON, Defendant.

DECISION

No. 9792

The application of the above-named defendant for a review of the sentence of ten (10) years for Burglary imposed on April 5th, 1976, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

We wish to thank Douglas B. Olson, Montana Defender Project for his assistance to the defendant and to this court.

DATED this 29th day of October, 1976.

SENTENCE REVIEW DIVISION

Jack D. Shanstrom, Chairman; Jack L. Green, Robert J. Boyd.